IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREESTATE JUSTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-2482 |
| | ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and ANDREA LUCAS, in her official capacity as CHAIR OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) ) | |
| Defendants. | | |

## ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE

This matter comes before the Court on THE Joint Motion To Set Briefing Schedule. *See* ECF No. 15 (Joint Motion). For the reasons stated in the Joint Motion and finding good cause shown, the Joint Motion is hereby GRANTED. Defendants shall file their response to the Complaint by October 10, 2025. Should Defendants move to dismiss the complaint, Plaintiff's opposition will be due by November 3, 2025. Defendants' reply in support of any motion to dismiss shall be due by November 17, 2025.

It is **SO ORDERED**.

DATED this  24th  day of September, 2025.

/s/
George L. Russell, III
Chief United States District Judge