IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FREESTATE JUSTICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-2482-GLR |
| | ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and ANDREA LUCAS, in her official capacity as CHAIR OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) ) ) | |
| Defendants. | | |

## MOTION FOR A STAY OF PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS

Defendants the Equal Employment Opportunity Commission and its Chair (collectively, the Commission) hereby move for a stay of all proceedings in the above-captioned case.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Equal Employment Opportunity Commission. The Department does not know when such funding will be restored by Congress.

Absent appropriation, Department of Justice attorneys and employees of the Commission are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

Undersigned counsel for the Department of Justice therefore requests a stay of proceedings in this case until Congress has restored appropriations to the Department. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the

parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

Pursuant to Local Rule 105(9), the Commission informed Plaintiff this morning of its intention to present this motion, and Plaintiff has responded that it does not consent to the motion.

Therefore, although the Department greatly regrets any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DIANE KELLEHER
Director
Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
P.       (202) 353-5980
E.       Christian.R.Dibblee@usdoj.gov

*Counsel for Equal Employment Opportunity Commission and Andrea Lucas*