IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREESTATE JUSTICE, *Plaintiff*, <br><br> v. <br><br> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION <br><br> and <br><br> ANDREA LUCAS, in her official capacity as ACTING CHAIR OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> *Defendants*. | Civil Case No. 1:25-cv-02482-GLR |

## ORDER

Upon consideration of Defendants' Motion for a Stay of Proceedings in Light of Lapse of Appropriations and Plaintiff FreeState Justice's Opposition thereto, it is hereby

**ORDERED** that the motion is **DENIED** for reasons stated in the Opposition; it is further

**ORDERED** that Defendants shall file their response to the complaint by October 15, 2025; it is further

**ORDERED** that, should Defendants move to dismiss the complaint, Plaintiff's opposition shall be due by November 10, 2025, and Defendants' reply in support of any motion to dismiss shall be due by November 24, 2025.

**SO ORDERED.**

DATED this 3rd day of October, 2025

/s/
_____
George L. Russell, III
Chief United States District Judge