UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FREESTATE JUSTICE,<br><br>    Plaintiff,<br><br> v.<br><br>EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and ANDREA LUCAS, in her official capacity as CHAIR of the EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Defendants. | No. 1:25-cv-02482-GLR |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants, by and through their undersigned counsel, respectfully move to dismiss Plaintiff's Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The grounds for this motion are set forth in the accompanying memorandum.

Dated: October 15, 2025        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

DIANE KELLEHER
Director
Federal Programs Branch

JOHN BAILEY
Counsel to the Assistant Attorney General
Civil Division

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*